# United States District Court

**ORIGINAL**

__CENTRAL__ DISTRICT OF __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

All funds on deposit in JP Morgan Chase checking account number 000000737092689
and
Up to $201,665.82 on deposit in JP Morgan Chase checking account number 000003890135227

**SEIZURE WARRANT**

**CASE NUMBER: 2:18-mj-03132**

TO: <u>Food and Drug Administration ("FDA")</u> and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Chad Medaris</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds on deposit in JP Morgan Chase checking account number 000000737092689 and
Up to $201,665.82 on deposit in JP Morgan Chase checking account number 000003890135227

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. §§ 981(a)(1)(A), (C), (b), 982(b) and 984; and 21 § 853(e) and (f)

**concerning a violation of Title** <u>18</u> **United States Code, Section(s)** 371, 545 and 1956.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

<u>JP Morgan Chase</u> is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant through a filing with the Clerk's Office. The recipient of this Warrant is HEREBY COMMANDED to comply with the duties and obligations set out above.

11/27/18 - 2:30 pm
**Date and Time Issued**

<u>Los Angeles, California</u>
**City and State**

<u>Hon. Paul Abrams, U.S. Magistrate Judge</u>
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

AUSA Jonathan Galatzan:aa

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>11/27/18 | DATE AND TIME WARRANT EXECUTED<br>11/28/18 11:00 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Zhemyr Diaz, Branch Mgr. |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Steve Hatch on 12/3/18 || 17160 D Colima Rd<br>Hacienda Heights, CA 91745 |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Steve Hatch 12/3/18

① Chase cashier's check # 4556423700 dated 11/28/18
Amount: $685,197.44

② Chase cashier's check # 4556423701 dated 11/28/18
Amount: $144,834.38

Both checks mailed to SA Steve Hatch, 8600 Freeport Pkwy, #340
FedEx Tracking 7840-8136-3535     Irving, TX 75063

① Chase cashier's check # 4556423979 dated 11/29/18
Amount: $31,998.31

② Chase cashier's check # 4556423980 dated 11/29/18
Amount: $6,781.07

Both checks mailed to SA Steve Hatch, 8600 Freeport Pkwy, #340
FedEx Tracking 7840-8290-6601     Irving, TX 75063

Steve Hatch 12/3/18

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 11/28/18

Executing Officer's Signature

Jeremy Bain Special Agent
Printed Name and Title

AUSA Jonathan Galatzan:aa